IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>URBAN RANCH, a Montana sole proprietorship; MURRAY J. DIGHANS, a Montana citizen; and DEANNE A. DIGHANS, a Montana citizen,<br><br>Defendants. | CV-16-89-GF-BMM-JTJ<br><br>**ORDER** |

Plaintiff has moved for admission of John E. Sebastian, (Mr. Sebastian) (Doc. 30), to practice before this Court in this case with Joshua I. Campbell of Jardine, Stephenson, Blewett & Weaver to act as local counsel. The application appear to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiff's motion to allow Mr. Sebastian to appear on its behalf (Doc. 30) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Campbell will be designated as lead counsel or as co-

lead counsel with Mr. Sebastian. Mr. Sebastian must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Campbell shall also shall also sign such pleadings, motions and briefs and other documents served or filed.

    2. Admission is not granted until Mr. Sebastian, within fifteen (15) days from the date of this Order have filed an acknowledgment and acceptance of his admission under the terms set forth above.

    3. Admission is personal to Mr. Sebastian.

DATED this 17th day of October, 2016.

/s/ John Johnston
John Johnston
United States Magistrate Judge