# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br>-vs-<br><br>URBAN RANCH, a Montana sole proprietorship; MURRAY J. DIGHANS, a Montana citizen; and DEANNE A. DIGHANS, a Montana citizen,<br><br>Defendants. | CV-16-89-GF-BMM-JTJ<br><br><br>ORDER |

Based on the Notice of Bankruptcy, (Doc. 34), **IT IS HEREBY ORDERED** that this case is **STAYED**. All deadlines and hearings in this case are **VACATED**.

DATED this 8th day of November, 2016.

_____
John Johnston
United States Magistrate Judge