# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br>　-vs-<br><br>URBAN RANCH, a Montana sole proprietorship; MURRAY J. DIGHANS, a Montana citizen; and DEANNE A. DIGHANS, a Montana citizen,<br><br>　　　　　Defendants. | CV-16-89-GF-BMM-JTJ<br><br><br>ORDER |

The docket in this case indicates no activity in nearly two years.

IT IS HEREBY ORDERED that the parties will file a joint status report with the Court on or before April 4, 2018.

DATED this 21st day of March, 2018.

_____
Brian Morris
United States District Court Judge